**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LILLIE MAE SMITH, et al.**                                           **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO. 4:25-CV-112-GHD-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, et. al.**                          **DEFENDANTS**

## ORDER STAYING CASE

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L. U. Civ. R. 16(b)(3)(B). Defendant Estate of Eddie Gibson has filed a motion to dismiss this matter for lack of subject matter jurisdiction. [Doc. 56].

IT IS, THEREFORE, ORDERED AND ADJUDGED that pursuant to L.U. Civ. R. 16(b)(1), the aforementioned proceedings are hereby **STAYED** pending the Court's ruling on the motion to dismiss [Doc. 56].

**SO ORDERED AND ADJUDGED**, this the 8th day of December, 2025.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**