**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LILLIE SMITH, ET AL.**                                                                    **PLAINTIFFS**

**v.**                                                          **CIVIL ACTION NO. 4:25-cv-112-GHD-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, ET AL.**                                       **DEFENDANTS**

**<u>ORDER STAYING CASE</u>**

This matter is before the Court, *sua sponte*, to modify the stay previously entered on December 8, 2025. The presiding District Judge has entered an order [Doc. 155] dismissing several motions, one of which was Defendant Eddie Gibson's motion to dismiss for lack of subject matter jurisdiction. [Doc. 56]. However, Defendants Bolivar County Board of Supervisors, Bolivar County, Mississippi, Linda F. Coleman, and Robert B. Eley have also filed a motion to dismiss asserting qualified immunity as a defense. [Doc. 113]. Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B).

IT IS, THEREFORE, ORDERED AND ADJUDGED that pursuant to L.U. Civ. R. 16(b)(3)(B), the aforementioned proceedings remain **STAYED** pending the Court's ruling on the motion to dismiss. [Doc. 113].

**SO ORDERED AND ADJUDGED**, this the 11th day of June, 2026.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**